**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                                    **5:17-CV-987 (TJM/DEP)**

**2006 Hyundai Sonata**
**VIN: 5NPEU46F26H050973,**

       **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons or entities known or thought to have an interest in or claim to the defendant vehicle having been given due notice of these proceedings, and no response to plaintiff's motion having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED**, that this Judgment of Default be entered against the defendant vehicle; and it is further

**ORDERED**, that the defendant vehicle is hereby forfeited to the United States of America; and it is further

**ORDERED**, that the U.S. Marshals Service shall dispose of the defendant vehicle

in accordance with law; and it is further

**ORDERED**, that any claims to the defendant vehicle are hereby forever barred.

Dated: June 1, 2018

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge